■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD J. PAIGE, Appellant.—Motion granted and decision and order of this court amended so as to indicate that the reversal of the judgment of conviction was on the law alone. Greenblott, J. P., Main, Larkin, Herlihy and Reynolds, JJ., concur.

■ TOWN OF BLACK BROOK, Appellant, v STATE OF NEW YORK et al., Respondents.—Motion for permission to appeal to the Court of Appeals granted, without costs. No issue of fact was considered by this court. Pursuant to CPLR 5713, this court certifies that the following question of law, decisive of the correctness of its determination, has arisen, which in its opinion ought to be reviewed by the Court of Appeals: "Did Special Term err as a matter of law in granting defendants' motion to dismiss plaintiff's complaint on the ground that plaintiff did not have standing to commence the action?" Greenblott, J. P., Main, Larkin, Herlihy and Reynolds, JJ., concur.

## (April 5, 1976)

■ MAXINE ZASADA, as Administratrix of the Estate of RONALD E. POLLEN, Deceased, et al., Appellants, v NIAGARA MOHAWK POWER CORPORATION, Respondent, et al., Defendants.—Motion for reargument granted, without costs, to the extent that the decretal paragraph of the decision and order is amended to read as follows: "Judgment reversed, on the law and the facts, and a new trial ordered on the second, third and fourth causes of action, with costs to appellants to abide the event." Motion, in all other respects, denied, without costs. Koreman, P. J., Kane, Main, Herlihy and Reynolds, JJ., concur.